1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                      FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   RAYMOND RAY ROBISON,                          1:05-CV-1019-OWW-TAG HC

11              Petitioner,

12       vs.                                        ORDER GRANTING MOTION TO
                                                    PROCEED IN FORMA PAUPERIS
13   TOM MARSHALL,
                                                    (Doc. 2)
14              Respondent.

15   _____/

16          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

17   28 U.S.C. § 2254.

18          Petitioner has filed an application to proceed in forma pauperis and a certified copy of

19   petitioner's prison trust account statement.   Examination of these documents reveals that petitioner

20   is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis

21   (Doc. 2), is GRANTED.  See 28 U.S.C. § 1915.

22

23   IT IS SO ORDERED.

24   **Dated:   August 22, 2005**              _____/s/ Theresa A. Goldner_____
     j6eb3d                                    UNITED STATES MAGISTRATE JUDGE
25

26

27

28