UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| RAYMOND RAY ROBISON, | ) 1:05-cv-01019-OWW-TAG HC |
| Petitioner, | ) ORDER DENYING MOTION TO |
| | ) SUPPLEMENT PETITION (Doc. 10) |
| v. | ) |
| TOM MARSHALL, | ) |
| Respondent. | ) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 13, 2005, Petitioner filed the instant habeas petition in the Sacramento Division of the Eastern District of California. (Doc. 1). The petition claims that the state court wrongfully refused to divert Petitioner into a Proposition 36 drug rehabilitation program, that Petitioner was entitled to probation rather than a state prison sentence, and that he was denied the effective assistance of counsel. (Id. at pp. 4-5). On August 8, 2005, the case was transferred to the Fresno Division. (Doc. 5). On April 3, 2006, Petitioner filed the instant "supplemental motion/to

1

1  augment petition for writ of habeas corpus." (Doc. 10).  The motion makes additional legal

2  arguments regarding the petition and requests this Court to "order State of California to follow

3  it's own law" and to order that Petitioner be "remanded for re-sentencing." (Id. at p. 2).

4       In essence, Petitioner's motion requests that the Court summarily grant the petition.

5  Such a request is completely inappropriate at this time.  The Court must first conduct its

6  preliminary screening of the petition pursuant to Rule 4 of the Rules Governing § 2254 Cases.

7  In that screening, the Court must dismiss a petition "[i]f it plainly appears from the face of the

8  petition . . . that the petitioner is not entitled to relief." Rule 4 of the Rules Governing § 2254

9  Cases; Hendricks v. Vasquez, 908 F.2d 490 (9th Cir.1990).  Otherwise, the Court will order

10 Respondent to respond to the petition.  Rule 5 of the Rules Governing § 2254 Cases.   In the

11 course of its response, Respondent will lodge with this Court the entire state court record in order

12 to facilitate a thorough review by this Court of Petitioner's claims.  When that occurs, the Court

13 be in a position to rule on the petition.

14      Accordingly, Petitioner's Motion to Supplement Petition (Doc. 10), is DENIED.

15

16 IT IS SO ORDERED.

17 Dated:   **February 23, 2007**                    **/s/ Theresa A. Goldner**
   **j6eb3d**                                        UNITED STATES MAGISTRATE JUDGE
18